```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01343
    JOSEPH L RENDER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0705


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/15/2006 and was confirmed 04/03/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  15.00%.

      The case was dismissed after confirmation 09/17/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
 CITIFINANCIAL MORTGAGE C  CURRENT MORTG          .00              .00            .00
 CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE          .00              .00            .00
 CAPITAL ONE               UNSECURED          1568.98              .00          16.84
 CACH LLC                  UNSECURED           993.43              .00          18.84
 CITY OF CHICAGO PARKING   UNSECURED          1150.00              .00          21.81
 BENEFICIAL                UNSECURED          5144.05              .00          97.55
 ISAC                      UNSECURED         19639.97              .00         372.47
 PROVIDIAN NATIONAL BANK   NOTICE ONLY      NOT FILED              .00            .00
 *MACEY & ALEMAN           DEBTOR ATTY       2,300.00                        2,300.00
 TOM VAUGHN                TRUSTEE                                             158.72
 DEBTOR REFUND             REFUND                                               13.77

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                  3,000.00

 PRIORITY                                             .00
 SECURED                                              .00
 UNSECURED                                         527.51
 ADMINISTRATIVE                                   2,300.00
 TRUSTEE COMPENSATION                               158.72
 DEBTOR REFUND                                       13.77
                         ---------------     ---------------
 TOTALS                   3,000.00               3,000.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01343 JOSEPH L RENDER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE